UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Civil No. 06-10262

Honorable Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

vs.

REAL PROPERTY LOCATED AT
2607 E. GRAND RIVER, HOWELL, GENOA
TOWNSHIP, LIVINGSTON COUNTY,
MICHIGAN, TOGETHER WITH ALL
ITS BUILDINGS, FIXTURES, IMPROVEMENTS,
AND APPURTENANCES;

    Defendant *In Rem*.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## TO EXTEND DATES SET FORTH IN THE SCHEDULING ORDER

Upon the United States' Motion to Extend Dates Set Forth in the Scheduling Order, and the Court being otherwise fully advised in the premises, now, therefore;

IT IS HEREBY ORDERED that the Motion is granted, and all dates set forth in the Scheduling Order will be extended by sixty (60) days. The new dates will be as follows:

    Witness List Exchange: On or before October 31, 2006

    Discovery Cut-Off: November 14, 2006

    Dispositive Motion Cut-Off: December 8, 2006

    Final Pretrial/Settlement Conference: May 15, 2007

Dated: August 24, 2006

s/Lawrence P. Zatkoff
HONORABLE LAWRENCE P. ZATKOFF
United States District Judge

S:\Zatkoff\Marie ECF\06-10262.2607.grand.river.extend.wpd